UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. ___5:19-CR-05-D___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | INDICTMENT |
| | ) | |
| RUBEN OSWALDO | ) | |
| YEVERINO-ROSALES. | ) | |
| | ) | |

The Grand Jury charges that:

## COUNT ONE

(Manufacture of Child Pornography)

On or about August 9, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, RUBEN OSWALDO YEVERINO-ROSALES, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct. This visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

[Remainder of page intentionally left blank.]

## FORFEITURE NOTICE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of one or more of the offenses set forth in Count One through above, RUBEN OSWALDO YEVERINO-ROSALES, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of said offense(s) or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 853(p), through 18 U.S.C. Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 8 JANUARY 2019

ROBERT J. HIGDON, JR.
United States Attorney

BY: MELISSA BELLE KESSLER
Assistant United States Attorney